In the Matter of the Application of the LYONS CEMETERY ASSOCIATION, Respondent, to Acquire Title to Certain Real Estate Owned by AMELIA SMART, Appellant.

*Matter of Lyons Cemetery Association,* 105 App. Div. 628, affirmed.
(Argued October 4, 1905; decided October 24, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 6, 1905, upon an order which affirmed an order of Special Term confirming the report of commissioners in condemnation proceedings.

*E. W. Hamn* for appellant.

*Frank Rice* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: GRAY, BARTLETT, HAIGHT, VANN and WERNER, JJ. Not voting: CULLEN, Ch. J. Absent: O'BRIEN, J.